UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WINGATE INNS INTERNATIONAL INC.,** *Plaintiff*, v. **HONG VAN NGUYEN,** *Defendant.* | Civil Action No. 16-0939 <br><br> ORDER AND FINAL JUDGMENT |

**ARLEO,** UNITED STATES DISTRICT JUDGE

**THIS MATTER** comes before the Court on Plaintiff Wingate Inns International Inc.'s ("Wingate") motion for default judgment against Defendant Hong Van Nguyen ("Nguyen") pursuant to Federal Rule of Civil Procedure 55(b)(2), Dkt. No. 14;

and for the reasons set forth in the Court's accompanying Opinion;

**IT IS**, on this 28th day of April, 2017,

**ORDERED** that Plaintiff's motion for default judgment, Dkt. No. 14, is **GRANTED**; and it is

**ORDERED** that judgment is entered against Defendant Hong Van Nguyen for $373,786.06.

*/s Madeline Cox Arleo*
**MADELINE COX ARLEO**
**United States District Judge**

1